Paris Hilton v. Hallmark Cards et al Doc. 3

SEND

FILED

2007 SEP -6 PM 3:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PARIS HILTON** PLAINTIFF(S) v. **HALLMARK CARDS, ET AL.** DEFENDANT(S) | CASE NUMBER **CV07- 5818 PA (AJWx)** |
| | **NOTICE TO PARTIES OF ADR PILOT PROGRAM** |

Dear Counsel,

The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removal case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

Clerk, U.S. District Court

09/06/07
Date

By: MZ
Deputy Clerk

3

DOCKETED ON CM
SEP 11 2007
BY 067



Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PARIS HILTON**<br>PLAINTIFF(S)<br>V<br>**HALLMARK CARDS, ET AL.**<br>DEFENDANT(S) | CASE NUMBER<br>**CV07- 5818 PA (AJWx)**<br>**ADR PILOT PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement int this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc ] and the portion of the total damages claimed attributed to each category.

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

Yes [_] No [_]

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

[_] Title VII

[_] Age Discrimination

[_] 42 U.S.C section 1983

[_] California Fair Employment and Housing Act

[_] Americans with Disabilities Act of 1990

[_] Rehabilitation Act

[_] Other ____________________________________________

____________________________________________

____________________________________________

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

____________________ Date

____________________ Attorney for Plaintiff (Signature)

____________________ Attorney for Plaintiff (Please print full name)

____________________ Date

____________________ Attorney for Defendant (Signature)

____________________ Attorney for Defendant (Please print full name)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

**CV07- 5818 PA (AJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs)*

Subsequent documents must be filed at the following location.

| | | |
|---|---|---|
| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [ ] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you