1  Brent H. Blakely (SBN 157292)                                    **JS-6**
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiff Paris Hilton*

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 PARIS HILTON, an individual,        ) CASE NO. CV 07-05818 PA (AJWx)
                                        )
12        Plaintiff,                    ) **ORDER DISMISSING ACTION WITH**
                                        ) **PREJUDICE**
13        vs.                           )
                                        )
14 HALLMARK CARDS, a Missouri          )
   corporation; and DOES 1 through 10   )
15 inclusive,                          )
                                        )
16        Defendants.                   )
                                        )
17 _____)

18        IT IS HEREBY ORDERED that this entire action be dismissed with prejudice.

19 Each party shall bear its own attorneys' fees and costs associated with this action.

20

21 DATED:      October 5, 2010          _____

22                                      Hon. Percy Anderson
                                        **United States District Judge**

23

24

25

26

27

28